ALISON BRASIER, ESQ.
Nevada Bar No. 10522
**HICKS & BRASIER, PLLC**
2630 S. Jones Blvd.
Las Vegas, Nevada 89146
Phone (702) 628-9888
Fax (702) 960-4118
Email: abrasier@lvattorneys.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KATHRYN BOVARD, | CASE NO.: 2:19-cv-00707-JAD-CWH |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE DATE FOR OPPOSITION** |
| vs. | |
| HILTON HOTELS d/b/a DOUBLETREE BY HILTON HOTEL CHARLOTTE, a foreign corporation; DOES 1 through 100; and ROE CORPORATIONS 1 through 100, | |
| Defendants. | |

The parties, by and through their attorneys of record, hereby stipulate to extend the deadline for Plaintiff's response to Specially Appearing Defendant Doubletree's Motion to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction and Improper Venue fourteen (14) days, until July 9, 2019. The parties are attempting to resolve the issues raised in Defendant's Motion and require the additional

/ / /

/ / /

/ / /

1

time to potentially come to a stipulation in lieu of continued Motion practice.

DATED this 25th day of June, 2019.

**HICKS & BRASIER, PLLC**

___/s/ Alison M. Brasier, Esq._____
ALISON BRASIER, ESQ.
Nevada Bar No. 10522
2630 S. Jones Blvd
Las Vegas, Nevada 89146
*Attorneys for Plaintiff*

DATED this 25th day of June, 2019.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

___/s/ Howard Russell, Esq._____
HOWARD RUSSELL, ESQ.
Nevada Bar No. 8879
6385 S. Rainbow Blvd, Ste. 400
Las Vegas, Nevada 89118
*Attorneys for Defendant Doubletree Management LLC,*
*Erroneously named as Hilton Hotels d/b/a Doubletree by*
*Hilton Hotel Charlotte*

## **ORDER**

Based on the foregoing, IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: June 26, 2019.