ALISON BRASIER, ESQ.
Nevada Bar No. 10522
**HICKS & BRASIER, PLLC**
2630 S. Jones Blvd.
Las Vegas, Nevada 89146
Phone  (702) 628-9888
Fax     (702) 960-4118
Email: abrasier@lvattorneys.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KATHRYN BOVARD,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>HILTON HOTELS d/b/a DOUBLETREE BY HILTON HOTEL CHARLOTTE, a foreign corporation; DOES 1 through 100; and ROE CORPORATIONS 1 through 100,<br>　　　　　　　Defendants. | CASE NO.: 2:19-cv-00707-JAD-CWH<br><br>**STIPULATION AND ORDER FOR**<br>**DISMISSAL WITHOUT PREJUDICE**<br><br><br>ECF Nos. 4, 9 |

　　　Plaintiff KATHRYN BOVARD and Defendant DOUBLETREE MANAGEMENT, LLC, erroneously named as HILTON HOTELS d/b/a DOUBLETREE BY HILTON HOTEL CHARLOTTE, by and through their respective undersigned counsel of record, agree and stipulate that all claims in the above-entitled action against shall be dismissed in their entirety, *without prejudice*, each party to bear its

/ / /

/ / /

/ / /

1

own costs and attorneys' fees.

DATED this 10th day of July, 2019.

**HICKS & BRASIER, PLLC**

 /a/ Alison Brasier
ALISON BRASIER, ESQ.
Nevada Bar No. 10522
2630 S. Jones Blvd
Las Vegas, Nevada 89146
*Attorneys for Plaintiff*


DATED this 10th day of July, 2019.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

 /s/ Howard Rusell
HOWARD RUSSELL, ESQ.
Nevada Bar No. 8879
6385 S. Rainbow Blvd, Ste. 400
Las Vegas, Nevada 89118
*Attorneys for Defendant Doubletree Management LLC,*
*Erroneously named as Hilton Hotels d/b/a Doubletree by*
*Hilton Hotel Charlotte*

## ORDER

Based on the parties' stipulation **[ECF No. 9]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED without prejudice, each side to bear its own fees and costs. The pending motion to dismiss **[ECF No. 4]** is DENIED as moot. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 15, 2019